UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** DAWN JANCZWESKI ; DWAYNE BROTT | **Defendant(s):** COMEDY ON DECK TOURS, INC ; GARY GRIEP |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Mohave | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| Ashley E Wallace<br>GARREY, WONER, HOFFMASTER & PESHEK, P.C.<br>6611 N. Scottsdale Rd<br>Scottsdale, Arizona  85250 | James F. Wees<br>Wees Law Firm, LLC<br>3216 N. Third St., Suite 201<br>Phoenix, Arizona  85012<br>6022881691 |

**REMOVAL FROM MOHAVE COUNTY, CASE #S8015CV2021-00201**

**II. Basis of Jurisdiction:** 4. Diversity (complete item III)

**III. Citizenship of Principal Parties** (Diversity Cases Only)

Plaintiff:- 2 Citizen of Another State
Defendant:- 2 Citizen of Another State

**IV. Origin :** 2. Removed From State Court

**V. Nature of Suit:** 350 Motor Vehicle

**VI. Cause of Action:** 28 U.S.C. 1332 diversity of citizenship because the Plaintiffs are Florida residents, and the Defendants are a Nevada resident and a Nevada Corporation.

**VII. Requested in Complaint**

Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>James F. Wees</u>

**Date:** <u>04/07/2021</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014