IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn Janczweski, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Comedy On Deck Tours Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-21-08067-PCT-SMB<br><br>**ORDER** |

**NOTICE TO PARTIES**

　　This Court adheres to Section D of the ECF Administrative Policies & Procedures Manual, specifically pages 8 & 9.  Any motions, responses or replies filed for which a courtesy copy is not delivered to the Court, as required[1], will be stricken and not considered.

　　Dated this 8th day of April, 2021.

_Honorable Susan M. Brnovich_
United States District Judge

---

[1] All motions exceeding 10 pages in length, including exhibits and attachments.