| | |
|---|---|
| **WEES LAW FIRM, L.L.C.**<br>3216 N. Third Street, Suite 201<br>Phoenix, AZ 85012<br>(602) 288-1691<br>James F. Wees (011136)<br>james@weeslawfirm.com<br>Attorneys for Defendants | |

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn Janczweski, individually; and Dwayne Brott, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>Comedy On Deck Tours, INC., a Nevada corporation; Gary Griep and Jane Doe Griep, a married couple; Black Corporations I – XX; White Partnerships I-Xx; And Does I -XX;<br>Defendants. | **Case No.: CV-21-08067-PCT-SMB**<br><br>**MOTION FOR REMOVAL AND TO CONSOLIDATE**<br><br>**(**Assigned to the Honorable Susan M. Brnovich) |
| Eddie Junior Blocker, An Individual; Sandra Jean Mcdougal, an Individual,<br><br>Plaintiffs,<br><br>and<br><br>Comedy On Deck Tours, Inc., A Nevada Corporation; Doe Driver, An Individual; Roe Bus Owner; An Individual; Does 1 Through 40; Roe Corporations 1 Through 40; Doe Employees 1 Through 40; Doe Negligent Employees 1 Through 40; Doe Negligent Employers 1 Through 40; And Roe Negligent Corporations 1 through 40, inclusive,,<br>Defendants. | NEVADA CASE NO: A-21-828545-C |

| | |
|---|---|
| Naviv Rodriguez, an Individual; Laysuan Gonzalez, an Individual, | NEVADA CASE NO: A-21-836467-C |
| Plaintiffs, | |
| and | |
| Comedy On Deck Tours, INC., a Nevada corporation; Gary Griep, an individual; Roe Bus Owner; an Individual; Doe Individuals 1 Through 40; Roe Corporations 1 Through 40; Doe Installers 1 Through 40; Roe Sellers 1 Through 40; Doe Employees 1 Through 40; Roe Designers 1 Through 40; Roe Bus Manufacturers 1 Through 40; Roe Bus Distributors 1 Through 40; Roe Bus Component Part Designer 1 Through 40; Roe Bus Component Part Manufacturers 1 Through 40; Roe Bus Component Part Distributors I Through 40; Doe Negligent Employers I Through 40; Doe Negligent Employees 1 Through 40; Roe Negligent Corporations 1 Through 40; | |
| Defendants. | |

Defendants, Gary Griep and Comedy On Deck Tours, INC, hereby request to consolidate these cases, in which Dawn Janczweski, Dwayne Brott, Eddie Junior Blocker, Sandra Mcdougal, Naiviv Rodriguez and Laysuan Gonzalez are Plaintiffs and Comedy On Deck Tours, INC. and Gary Griep are defendants. This motion is supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      INTRODUCTION AND BACKGROUND**

*Janczweski v. Comedy on Deck Tours, Inc., et al, Blocker v. Comedy on Deck Tours, Inc., et al* and *Rodriguez v. Comedy on Deck Tours, Inc.*, arises from a single vehicle traffic accident involving Plaintiffs as passengers on Defendant Comedy on Deck Tours, Inc.'s bus. The accident, allegedly caused by Comedy on Deck, Inc., occurred on January 22, 2021 in Mohave County, Arizona.

*Janczweski v. Comedy on Deck Tours, Inc., et al,* is a claim for alleged damages resulting from personal injury of Ms. Jawnczweski and Mr. Brott alleged to be sustained in the accident on January 22, 2021.

*Blocker v. Comedy on Deck Tours, Inc., et al,* is a case filed in the District Court of Clark County Nevada that arises out of the same accident on January 22, 2021 in Mohave County, AZ. This is a claim for the personal injuries sustained by Mr. Blocker and Ms. McDougal in the subject accident.

*Rodriguez v. Comedy on Deck Tours, Inc., et al*, is a case filed in the District Court of Clark County Nevada that arises out of the same accident on January 22, 2021 in Mohave County, AZ. This is a claim for the personal injuries sustained by Mr. Rodriguez and Ms. Gonzalez in the subject accident.

**II. ARGUMENT**

When actions present common questions of law of fact, the Court may, in the interests of convenience and judicial economy, consolidate the actions. *See Federal Rule of Civil Procedure 42(a).* Here, in these cases, Plaintiffs' injuries and damages arise out of the same incident and present common questions of law of fact.

These cases all arise from the same operative nucleus of facts: The Defendant's alleged failure to control his vehicle causing a rollover accident. The law governing and remedies for those tortious harms will likewise be identical.

Additionally, there is no question that consolidation will ease the burden and expense of litigation for the parties. Fact and expert discovery, including extensive deposition discovery, will be required to address the validity issues common to both cases. There is no legitimate reason to force the parties to double these efforts by simultaneously proceeding on multiple discovery tracks. Judicial economy and convenience strongly weigh in favor of consolidation.

Pursuant to 28 U.S.C. 1441(b), the Defendant may remove to the District Court of the United States, for the district and division embracing the place where such action is pending, any civil action brought in a state court of which the district courts of the United States have Original Jurisdiction via diversity of citizenship as defined in 28 U.S.C. 1332.

By virtue of 28 U.S.C. 1332(a)(1) this action is eligible for removal as the Plaintiffs are self-professed residents of Florida, the Defendants are a Nevada corporation or Nevada resident and the amount in controversy as alleged by the Plaintiffs' exceeds $75,000.

By virtue of the foregoing, the Defendants Comedy On Deck Tours, Inc. and Gary Griep hereby removes this action to the United States District Court for the District of Arizona.

### III.    CONCLUSION

For the foregoing reasons, Defendants Griep and Comedy on Deck Tours, Inc. in both CV-21-08067-PCT-SMB and NEVADA DISTRICT COURT OF CLARK COUNTY CASES NOs: A-21-828545-C and A-21-836467-C, respectfully request the Court order consolidation of CV-21-08067-PCT-SMB and NEVADA DISTRICT COURT OF CLARK COUNTY CASES NO: A-21-828545-C and A-21-836467-C for all further proceedings.

Finally, these cases are being defended under insurance policies. While the limits are believed to be sufficient to pay any and all settlements/judgments, there is always the possibility of a "run away verdict" and that would expose the cases going to trial later than the cases going to trial earlier to losing the "race to the courthouse." There is no basis to prefer one claimant to any others, and that further militates in favor of one trial for all claims which arise from this single accident.

WHEREFORE, these Defendants respectfully request that all these claims be consolidated with the Janczweski v. Comedy on Deck Tours, Inc., et al, Action No. CV-21-08067-PCT-SMB.

DATED THIS 4th DAY OF NOVEMBER 2021.

WEES LAW FIRM, LLC

By: /s/ James F. Wees
James F. Wees
3216 N. Third St., Suite 201
Phoenix, Arizona 85012
Attorney for Defendants

WINNER BOOZE & ZARCONE, LLC

By: /s/
Justin J. Zarcone
1117 S. Rancho Drive
Las Vegas, Nevada 89102
Nevada Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on November 4th, 2021, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, thereby transmitting a Notice of Electronic Filing to all ECF registrants.

**COPY** of the foregoing e-mailed this 4th day of November, 2021, to:

EVANS GARREY, PLLC
D. Reid Garrey
Erin M. Evans
4647 N. 32nd Street, Suite B230 Phoenix, AZ 85018 rgarrey@evansgarrey.com
eevans@evansgarrey.com
*Attorneys for Plaintiffs*

RAFI LAW GROUP, PLLC
Brandon B. Rafi
Brandonrafi@rafilawgroup.com
Afshin Afsharimehr
Afshin@rafilawgroup.com
2235 N. 35th Avenue, Suite 100
Phoenix, AZ 85009
*Attorneys for Plaintiffs*

**EGLET ADAMS**
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Telephone: (702) 450-5400
Attorneys for Plaintiffs

**CHRISTIANSEN TRIAL LAWYERS**
Whitney J. Barrett, ESQ.

710 S 7th Street, Suite B
Las Vegas, Nevada 89101
wbarret@christiansenlaw.com
Attorneys for Plaintiffs Rodriguez and Gonzales

**WINNER BOOZE & ZARCONE, LLC**
Justin J. Zarcone
1117 S. Rancho Drive
Las Vegas, Nevada 89102
Nevada Attorney for Defendants


By: ___*/s/ Damian M. Zimmer*___