EVANS GARREY, P.L.L.C.
4647 North 32nd Street, Suite B230
Phoenix, Arizona 85018
(480) 617-3037
D. Reid Garrey
State Bar No. 009457
rgarrey@evansgarrey.com
Erin M. Evans
State Bar No. 025469
eevans@evansgarrey.com
docket@evansgarrey.com

RAFI LAW GROUP, PLLC
2235 North 35th Avenue, Suite 100
Phoenix, Arizona 85009
(623) 388-4333
Brandon B. Rafi
State Bar No. 030957
brandonrafi@rafilawgroup.com
Afshin Afsharimehr
State Bar No. 031107
afshin@rafilawgroup.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn Janczewski, individually; and Duane Brott, individually,<br><br>Plaintiffs,<br><br>v.<br><br>Comedy on Deck Tours, Inc., a Nevada corporation; Gary Griep and Jane Doe Griep, a married couple; Black Corporations I-XX; White Partnerships I-XX; and Does I-XX,<br><br>Defendants. | No. CV-21-08067-PCT-JZB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(Assigned to the Honorable Magistrate Judge John Z. Boyle) |

. . .

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Dawn Janczewski and Duane Brott, and Defendants Comedy on Deck Tours, Inc. and Gary Griep, by and through undersigned counsel, hereby stipulate to dismiss this matter with prejudice, each party to bear their own costs and attorney fees.

RESPECTFULLY submitted this  20th  day of  April  2023.

EVANS GARREY, PLLC

By  /s/ Erin M. Evans
D. Reid Garrey
Erin M. Evans
4647 North 32nd Street, Suite B230
Phoenix, Arizona 85018
Attorneys for Plaintiffs

RAFI LAW GROUP, PLLC

By  /s/ Afshin Afsharimehr (with permission)
Brandon Rafi
Afshin Afsharimehr
2235 North 35th Avenue, Suite 100
Phoenix, Arizona 85009
Attorneys for Plaintiffs

WEES LAW FIRM, LLC

By  /s/ James F. Wees (with permission)
James F. Wees
3216 N. Third Street, Suite 201
Phoenix, Arizona 85012
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this  20th  day of  April , 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>James F. Wees
>WEES LAW FIRM, LLC
>3216 N. Third Street, Suite 201
>Phoenix, Arizona 85012
>james@weeslawfirm.com
>Attorneys for Defendants

By  /s/ Sara Walters